■ JOYCE NIELSEN, Individually and as Parent and Natural Guardian of DAVID W. NIELSEN, an Infant, Appellant, v TOWN OF AMHERST, Defendant, and AMHERST SOCCER ASSOCIATION, INC., Respondent. (Appeal No. 2.) [598 NYS2d 1022] —Order unanimously affirmed without costs. Same Memorandum as in *Nielsen v Town of Amherst* (193 AD2d 1073 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Wolfgang, J.—Summary Judgment.) Present—Callahan, J. P., Green, Lawton, Doerr and Boehm, JJ.